**Vernon S. SPRIGGS, Plaintiff–Appellant,**

v.

**William SONDERVAN, Ph.D., Ed., Defendant–Appellee.**

No. 03–6187.

United States Court of Appeals, Fourth Circuit.

Submitted May 19, 2003.

Decided May 28, 2003.

Vernon S. Spriggs, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Baltimore, Maryland, for Appellee.

Before WIDENER, WILKINSON, and NIEMEYER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Vernon S. Spriggs appeals the district court's order granting summary judgment in favor of the Defendant and denying Spriggs' motions to amend his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Spriggs v. Sondervan*, No. CA–02–1331–CCB (D.Md. Dec. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*